1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FRANK LEE DEARWESTER,                        No.  2:13-cv-2064 DAD P

12                    Plaintiff,

13         v.                                      ORDER

14    SACRAMENTO COUNTY SHERIFF'S
      DEPARTMENT,
15
                      Defendant.
16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19    U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

20    plaintiff's institution of incarceration is not current.  Also, plaintiff has not filed a certified copy

21    of his prison trust account statement for the six month period immediately preceding the filing of

22    the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a

23    completed in forma pauperis application and a certified copy in support of his application.

24         In accordance with the above, IT IS HEREBY ORDERED that:

25         1.  Plaintiff's October 4, 2013, motion to proceed in forma pauperis (Doc. No. 2) is denied

26    without prejudice;

27         2.  Plaintiff shall submit, within thirty days from the date of this order, a completed and

28    current affidavit in support of his request to proceed in forma pauperis on the form provided by

                                                  1

1   the Clerk of Court;

2       3.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

3   Forma Pauperis By a Prisoner; and

4       4.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

5   his prison trust account statement for the six month period immediately preceding the filing of the

6   complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this

7   action be dismissed without prejudice.

8   Dated:  October 17, 2013

9

10                              DALE A. DROZD

11                              UNITED STATES MAGISTRATE JUDGE

    DAD:kly

12  dear2064.3c+.new

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28