UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER,<br><br>   Plaintiff,<br><br>   v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT,<br><br>   Defendants. | No. 2:13-cv-2064 MCE KJN P (TEMP)<br><br><br><br>ORDER |

On April 6, 2016, the Magistrate Judge issued an order granting defendant's motion to compel and denying plaintiff's motion to compel. ECF No. 55. Under the mailbox rule, on May 1, 2016, plaintiff filed a motion for reconsideration of that order. ECF No. 60. Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties." Plaintiff's request for reconsideration of the magistrate judge's order of April 6, 2016 is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 60) is DENIED.

IT IS SO ORDERED.

Dated: July 12, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1