UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER, | No. 2:13-cv-2064 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 30, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 75. Defendant has filed objections to the findings and recommendations. ECF No. 76.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 30, 2016, are adopted in full, to the extent that they recommend denying all pending motions, with the exception of Defendant's motion to strike Plaintiff's opposition documents, ECF No. 73, which is GRANTED IN PART and DENIED IN PART.[1]

2. Specifically, per the December 30, 2016 recommendation, Defendant's motion to strike plaintiff's opposition documents filed August 8, 2016 (ECF No. 73) is GRANTED to the extent that ECF Nos. 65, 67, 68, 69, 70, and 71 shall be STRICKEN;

3. As to ECF No. 66, Defendant's motion to strike plaintiff's opposition documents filed August 8, 2016 (ECF No. 73) is DENIED;

4. Defendant's motion to strike plaintiff's opposition filed April 11, 2016 (ECF No. 57) is DENIED;

5. Defendant's motion for summary judgment (ECF No. 52) is DENIED; and

6. Plaintiff's request for sanctions (ECF No. 56) is DENIED.

IT IS SO ORDERED.

Dated:  March 22, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] It appears that at pages six and seven, the Findings and Recommendations recommend striking Plaintiff's documents filed at ECF Nos. 65, 67, 68, 69, 70, and 71, but denying Defendant's motion to strike with respect to ECF No. 66. In its conclusion, however, the recommendation is to simply deny the motion to strike. This Court reads the Findings and Recommendations to therefore recommend granting in part and denying in part that motion, and adopts that recommendation in full, as further described in paragraphs two and three of this order.