UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPT.,<br><br>　　　　　Defendant. | No. 2:13-cv-2064 MCE DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. On April 14, 2017, the court issued a Further Scheduling Order setting a deadline of June 15, 2017 for plaintiff's pretrial statement and June 29, 2017 for defendant's. (ECF No. 78.) Plaintiff now seeks an extension of time to file his pretrial statement. (ECF No. 82.)

While plaintiff has established good cause for an extension of time, he does not state how much additional time he seeks. The court finds a thirty-day extension reasonable. Defendant will be provided a commensurate extension.

In his motion, plaintiff also asks about the format for pretrial statements. Plaintiff is advised that his pretrial statement should conform to the court's standards for legal filings under Local Rule 130 and should include a separate section for each subject set out in Local Rule

1

281(b). In addition, plaintiff must adhere to the requirements for the presentation of witness testimony set out in the court's Further Scheduling Order filed April 14, 2017.

Accordingly, IT IS HEREBY ORDERED that plaintiff's' June 19, 2017 motion for an extension of time (ECF No. 82) is granted. The Further Scheduling Order (ECF No. 78) is modified as follows:

1. By July 24, 2017, plaintiff shall file his pretrial statement; and
2. By August 7, 2017, defendant shall file its pretrial statement.

DATED: June 22, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/dear2064.pts eots