UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER, | No. 2:13-cv-2064 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF'S DEPT., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. In an order signed May 25, 2017, the magistrate judge denied plaintiff's motion for the appointment of counsel. (ECF No. 80.) On June 14, 2017, plaintiff filed a document entitled "Motion for Relief from Magistrate Judge's May 25, 2017 Order Denying Appointment of Counsel." (ECF No. 81.) The court construes plaintiff's June 14 filing as a motion for reconsideration of the magistrate judge's May 25 order.

Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

////

////

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 26, 2017 (ECF No. 80) is affirmed.

IT IS SO ORDERED.

Dated: August 9, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE