UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER, | No. 2:13-cv-2064 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. In its pretrial statement filed August 7, 2017, defendant informed the court that the parties had recently engaged in informal settlement discussions. (ECF No. 86 at 7-8.) Defendant stated that it would advise the court within sixty days if a formal settlement conference is warranted. Sixty days have passed and the court has not been notified of settlement in this case.

////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, each party shall file a statement informing the court about the status of settlement discussions and whether a formal settlement conference before a judge would be helpful.

Dated: October 30, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/dear2064.sett