**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
Drew M. Tate, SBN 312219
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant COUNTY OF SACRAMENTO (erroneously sued as "SACRAMENTO COUNTY SHERIFF'S DEPARTMENT")

Frank Lee Dearwester
AP-09119
HIGH DESERT STATE PRISON
P.O. Box 3030
Susanville, CA 96127-3030

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER, | Case No.: 2:13-CV-02064-MCE-DB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF THE COUNTY OF SACRAMENTO** |
| vs. | |
| COUNTY OF SACRAMENTO, | Complaint Filed: 10/14/13 |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff FRANK LEE DEARWESTER, and Defendant COUNTY OF SACRAMENTO (erroneously sued as "SACRAMENTO COUNTY SHERIFF'S DEPARTMENT"), by and through their undersigned Counsel, that all of the claims by Plaintiff FRANK LEE DEARWESTER alleged against Defendant be dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

\\\
\\\

---

1
STIPULATION AND ORDER FOR DISMISSAL OF THE COUNTY OF SACRAMENTO

{01723385.DOCX}

| | | |
|---|---|---|
| Date: September 25, 2017 | | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| | By: | /s/JohnWhitefleet_____<br>John R. Whitefleet<br>Drew M. Tate<br>Attorneys for Defendant<br>SACRAMENTO COUNTY |

Date: October 10, 2017

By:   /s/Frank Lee Dearwester (As authorized on 10/10/17)
          Frank Lee Dearwester

**ORDER**

Pursuant to the stipulation of the parties and Rule 41(a)(1)(A)(ii), all claims by Plaintiff FRANK LEE DEARWESTER alleged against Defendant are hereby DISMISSED, with prejudice, each party to bear their own attorney's fees and costs.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Case Name: Dearwester v. Sacramento County Sheriff's Department**
**Case No.: 2:13-CV-02064-MCE-DB**

# DECLARATION OF SERVICE

I am a resident of the United States and am employed in the County of Sacramento, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 350 University Avenue, Suite 200, Sacramento, California.

On the date below, I served the following: **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE COUNTY OF SACRAMENTO** on all parties in the said action as addressed below by causing a true copy thereof to be served:

**__X__ BY MAIL:** I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U. S. mailbox in the City of Sacramento, California, after the close of the day's business.

_____ BY PERSONAL SERVICE: I caused such document to be delivered by hand to the office of the person(s) listed below.

_____ BY OVERNIGHT DELIVERY: I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

_____ BY FACSIMILE: I caused such document to be transmitted by facsimile machine to the office of the person(s) listed below.

Addressed as follows:

| **Plaintiff in Pro Per**:<br>Frank Lee Dearwester<br>AP9119<br>HIGH DESERT STATE PRISON<br>P.O. Box 3030<br>Susanville, CA 96127-3030 | |
|---|---|

I declare under penalty of perjury that foregoing is true and correct under the laws of the State of California. Executed on this January 5, 2018, in Sacramento, California.

/s/ Sean Chaffin__
SeanChaff

**3**
STIPULATION AND ORDER FOR DISMISSAL OF THE COUNTY OF SACRAMENTO

{01723385.DOCX}